IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ALEX WION,

    Plaintiff,

v.

ANDREWS INTERNATIONAL, INC., a foreign business corporation, CHELSEA FINANCING PARTNERSHIP, L.P. a foreign limited partnership, d.b.a. COLUMBIA GORGE PREMIUM OUTLETS, SIMON PROPERTY GROUP, INC., a foreign business corporation

    Defendants.

Civil Case No. 3:14-cv-95-AC

ORDER FOR DISMISSAL
WITH PREJUDICE

## ORDER

Upon parties' request, IT IS ORDERED that this Action is dismissed with prejudice, with costs and fees to be borne by each party unless otherwise agreed.

Dated: August 22, 2014

Honorable Judge John V. Acosta
United States Magistrate Judge

SUBMITTED BY:
**Corinna Spencer-Scheurich**, OSB 130147
corinna@nwjp.org
Northwest Workers' Justice Project
Telephone: (503) 525-8454
Attorney for Plaintiff Alex Wion

PAGE 1 ORDER FOR DISMISSAL WITH PREJUDICE